IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| | ) | |
| V. | ) | |
| | ) | |
| BRET TSCHACHER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the granting of the oral motion of the defendant,

IT IS ORDERED that the defendant, having been released from custody after arrest, shall be provided with a bus ticket and subsistence by the United States Marshals Service for return to his home in South Dakota. The Clerk's office shall hand deliver a copy of this order to the Marshals.

DATED this 31st day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge