IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:09CR3025 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MEMORANDUM AND ORDER |
| BRET TSCHACHER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, (filing no. 20), from February 1, 2010, until February 8, 2010, to afford defense counsel additional time to investigate pretrial motion issues and to discuss those issues with defendant. The court finds defendant's motion should be granted.

Accordingly,

IT IS ORDERED:

1) The defendant shall file any pretrial motions in the above captioned matter no later than Monday, February 8, 2010.

2) This Court finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions, and that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from February 1, 2010, until February 8, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 1st day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge