IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3025 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| BRET TSCHACHER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant's motion to continue, (filing no. 28), is granted, and the evidentiary hearing on defendant's pending motion to suppress, (filing no. 22), will be held before the undersigned on April 16, 2010 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

DATED this 22nd day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge