IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| | ) | |
| V. | ) | |
| | ) | |
| BRET TSCHACHER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the defendant's request and with the parties' consent, the hearing on defendant's motion to suppress has been continued to April 19, 2010 at 1:30 P.M.

DATED this 22nd day of March, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge