IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| V. | ) | |
| BRET TSCHACHER, | ) | **ORDER** |
| Defendant. | ) | |

THIS MATTER comes before the court on Defendant's Unopposed Motion to Continue the June 2, 2010, Deadline for Filing Objections to Magistrate Zwart's Findings and Recommendation. (Filing 45.) The court, being fully advised in the premises, and noting that Plaintiff has no objection, finds that said Motion should be granted.

IT IS ORDERED that Defendant shall file his objections, with supporting brief, to the Findings and Recommendation no later than Friday, June 4, 2010.

June 2, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge