IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| V. | ) | |
| BRET TSCHACHER, | ) | **ORDER** |
| Defendant. | ) | |

In accordance with this court's memorandum and order dated July 1, 2010 (filing 50),

IT IS ORDERED that Defendant's motion to suppress (filing 22) is denied.

July 7, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge