IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:09CR3025 |
| ) | |
| v. ) | |
| ) | |
| BRET TSCHACHER, ) | MEMORANDUM AND ORDER |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has moved to continue the trial currently set for July 26, 2010. Filing No. 54. The defendant explains additional time is needed so that he and his counsel can meet regarding trial versus plea options. The government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 54), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on September 27, 2010 for a duration of three trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 27, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

Dated this 14th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge