IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>                   Plaintiff,            )<br>                                                           )<br>v.                                                       )     Case No.  4:09CR3025<br>                                                           )<br>BRET TSCHACHER,                      )<br>                                                           )<br>                   Defendant.        ) | |

## ORDER

THIS MATTER comes before the Court on Mr. Tschacher's Unopposed Motion to Continue Trial, filing no. 57.  The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Tschacher's trial shall be continued until the 12th day of October, 2010, at 9:00 a.m.  Mr. Tschacher is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Mr. Tschacher's motion, the ends of justice will be served by continuing Mr. Tschacher's trial.  Further, that taking such action outweighs the best interests of the public and Mr. Tschacher in a speedy trial. Accordingly, the time from today's date until the date next set for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 14th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge