IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| BRET TSCHACHER, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have carefully considered the motion in limine filed by the government and I have heard counsels' views in chambers. Unfortunately for Mr. Tschacher, he cannot raise the "pardon" issue as a defense of this case.

IT IS THEREFORE ORDERED that the government's motion in limine (filing 59) is granted.

DATED this 28th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge