IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| | ) | |
| V. | ) | |
| | ) | |
| BRET TSCHACHER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed oral motion to continue his December 8, 2010 hearing is granted.

(2) The defendant's trial to the court on stipulated facts or his change of plea hearing is rescheduled to Wednesday, January 19, 2011, at 12:00 noon, for one hour, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse, Lincoln, Nebraska. The defendant shall be present for the hearing.

(3) For this defendant, the time between December 8, 2010 and the January 19, 2011 hearing is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 3rd day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge