IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                       Plaintiff,       )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>BRET TSCHACHER,                     )<br>                                                          )<br>                       Defendant.    ) | Case No. 4:09CR3025 |

### ORDER

THIS MATTER comes before the Court on Mr. Tschacher's Unopposed Motion to Continue Stipulated Trial, filing 73, from January 19, 2011, for approximately two to three weeks. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Tschacher's stipulated trial shall be continued until the 8th day of February, 2011, at 12:30 p.m. Mr. Tschacher is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Mr. Tschacher's motion, the ends of justice will be served by continuing Mr. Tschacher's stipulated trial. Further, that taking such action outweighs the best interests of the public and Mr. Tschacher in a speedy trial. Accordingly, the time from today's date until the date next set for stipulated trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

The court will grant no further continuances absent a showing of extraordinary cause. Extraordinary cause will not include the inability to pay for transportation as the Marshal is able to provide transportation to the defendant.

Dated this 18th day of January, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge