IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:09CR3025 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| BRET TSCHACHER, ) | **OF FORFEITURE** |
| ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 26th day of May, 2011, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 100). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 27, 2011, the Defendant was found guilty by a jury trial as to Count I of the Indictment filed herein. Additionally, the District Court, pursuant to Rule 32.2, Fed. R. Crim. P., forfeited the Defendant's interest in UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300 caliber rifle, serial number B624338.

2. By virtue of said guilty verdict, the Defendant forfeits his interest in the subject property, and the United States should be entitled to possession of said property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B.  Based upon Count II of the Indictment and the jury trial's verdict of guilty, the United States is hereby authorized to seize the UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300 caliber rifle, serial number B624338.

C.  The Defendant's interest in said property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D.  The UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300 caliber rifle, serial number B624338, are to be held by the United States in its secure custody and control.

E.  Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 26th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge